The last case being argued today is Norton v. Town of Brookhaven. I see you've reserved two minutes for rebuttal and you can begin whenever you're ready. Thank you, Your Honor. Good morning. May it please the Court. I want to begin with a brief bit of background, and that should start by telling the Court that, as you may be able to tell from the record here, Mr. Jerome Norton is a very unique litigant. He has spent 10 years of time and an untold amount of money pursuing this case for absolutely no financial gain. His only interest is in ensuring that the Town of Brookhaven follows the law. Now, after this case was brought in November— When the settlement occurred, there were—that was part of the settlement, wasn't it, that Brookhaven would change its practices? It was, and they did. There were a number of laws that were changed. There were new constraints put on exactly what kind of process servers they could use. There was additional education and training courses that were required for town employees. All of that was achieved by Mr. Norton's efforts, and none of that, Your Honor, really benefited him personally. It was in his interest to do it because he thought it was important. But he and his family owned—were not insubstantial property owners there, right? That's true, yes. And they were, as I read the record, and correct me if I'm wrong, doing this in response to citations concerning the sanitary and safety conditions of their properties. He had been cited relative to one property. But, you know, those citations had all been resolved for years before this stipulation was entered. So there was nothing that the town did, under this stipulation anyway, that, you know, either removed any criminal charges that were against him or removed any imminent threats of criminal charges that were against him. They were for the benefit of the town writ large. Let me just ask you— Thank you for that. That was not my reading of the record. The thing that jumped out at me, and I'm curious what your response is to this, is why is it not a jurisdictional issue as it relates to the issue? Once the settlement was reached, all the federal claims are dismissed. There's the only—although you filed a notice of appeal against all the defendants of the town, the individuals, too. The only party that was still potentially going to have claims against it was the town. And there were, according to your view, three claims against the town that, following that settlement, could continue, depending on what happened, right? All state claims, right? All state claims. New York state claims, three claims against the town. So why shouldn't a district court at that point have the kind of supplemental jurisdiction, especially where one of those claims involves a complicated statute of limitations question that the appellate divisions of the New York state disagree on? Why should a district court take that on at that point? Well, the main reason they should have taken it on— What was your position in the district court on that? Well, the position of the district court was part of the stipulation that was only reached after three years of negotiations, six settlement conferences with Magistrate Judge Brown, was that the court agreed to retain jurisdiction. And, in fact, both parties— The district court can't do—you can't—the parties in the district court, if there is not a proper basis for supplemental jurisdiction, just can't say it's part of the settlement. We specifically said that in a case where there was an agreement, exactly that, in the settlement between the parties, so ordered by the judge, that I'm going to keep these statehold claims. And we reversed, said there wasn't a sufficient basis to do that. I understand that, Your Honor. But what happened here was that even after the settlement was executed and so ordered by Judge Spad, a lot more went on with this case where they did retain jurisdiction. Well, you're talking about two different things. Panels sometimes retain jurisdiction when there is subject matter jurisdiction. But if there's no subject matter jurisdiction, then there's no basis for—a court can't retain jurisdiction when there's no subject matter jurisdiction. And here we have these claims involving Chapter 82, which go to the validity of Chapter 82, whether it was properly promulgated and whether the procedures were followed. That has nothing to do with the efforts of the claims that were dismissed by Judge Spad. Those are separate issues. They go to the validity of the statute, purely a question of state law, and one in which does not constitute part of an operative nucleus of facts that's consistent with the federal claims that were dismissed. It's a separate issue. It's the validity of the statute. And so I think a very strong position could be made that the court had a duty to dismiss. It had no authority because it wasn't a common operative—a common nucleus of facts. I certainly understand that, Your Honor. But the fact remains that the parties here agreed that all the chapter—all of this relevant chapter of the town code would be reviewed under the stipulation. The court retained jurisdiction. And most importantly, perhaps, is that that's not really on appeal here. We have our own jurisdiction. We have an independent obligation to review that. Whether it was objected to below, whether it was agreed upon below, the law is clear on that. So all you've said in response to the questions on this is there was an agreement. And, in fact, the report and recommendation essentially—that was the basis when this issue came up—said there's an agreement. The district court understood it. It was part of the settlement. So as far as I can tell, in terms of what the basis would be, even assuming there was the same operative facts of exercising jurisdiction in this situation, there's another case where there was a Vermont statute of limitations open question. The federal claims were dismissed, and the district court reached the statute of limitations question, and we reversed. We said no. If the state law claim—it's an abuse of discretion to reach a state law claim when the federal claims are gone, especially when there's a conflicting state law authority on a statute of limitations question. Other than saying there's an agreement between the parties, what would be the basis for us concluding that it was proper for the district court to take this on? Well, another issue is that if the district court didn't take it on, it would significantly prejudice my client. Why? You'd go to state court, and what would happen? Well, he spent a lot of time and money negotiating this stipulation. Was there a discovery on this state claim in the federal court? You said a lot of time went by, but it looked like status conferences. No, so there's a reason why that didn't happen, Your Honor. After the stipulation was signed, the stipulation called for a request to go to the Department of State in Albany for an advisory opinion. That request was made. It sat in Albany for a long time until— I understand. I'm not faulting the parties on that, but I'm suggesting to you it's not even a situation. We have said even if it's prior to trial, you should dismiss it. But here, there wasn't even discovery on this issue before the federal court. So there wasn't a lot invested, just going back to Judge Walker's point, on this particular issue. There was not a lot invested in the district court in terms of discovery or anything else. Well, there was a lot of time and money invested in negotiating the stipulation. And I can tell you that from my client's perspective, that stipulation never would have been signed. Let me ask you, though, how does the litigation on the state questions of the efficacy or the validity of Section 8, Chapter 82, turn on the facts of respecting the decision and process of enforcing Section 82, the decisions and process of prosecuting the plaintiff? Those were discrete issues of prosecution, investigation, prosecution. You raise claims, they were dismissed, and they're gone. And then there's this purely legal question about whether Section 82 is valid or not. Is the state law question not dependent upon or not turning upon the facts related to the federal claims? Well, Your Honor— I want to make sure I understand your question, Your Honor, and please correct me if I'm wrong. I think what you're asking is, how does this stipulation cover the entirety of Chapter 82 when Mr. Norton was only charged under certain portions of Chapter 82? No, he's charged under portions of Chapter 82, but the federal claims are distinct from the state claims. There's not a common nucleus of facts. The facts in the federal claims relate to the enforcement or prosecution of your claim. The facts in the territory judgment part, there are no facts related to it. Those are questions of law that are separate from the facts that arose in connection with the prosecution. Well, I think there's two responses to that question. One is that I think there is a common nucleus of facts to the extent that if Chapter 82, in fact, is not valid for a number of reasons, whether they didn't comply with 239 or it violates the Uniform Code or it violates 262, if that is a fact and 82 is invalid, then Mr. Norton could not be prosecuted and he could not be prosecuted again in the future. That's right. However, Your Honor, I think— But that's a state law question, and it didn't turn on the facts of this case. It is a state law question, but, Your Honor, I think when I was sitting in the gallery earlier, I heard someone on the panel, I think it may have been you, Your Honor, who said people put all types of things in settlements. And that's what happened here. The parties had a settlement whereby Mr. Norton, who has spent, as I said, hundreds and hundreds and hundreds of thousands of dollars pursuing this case, gave up all financial claims. If he goes to state court now, what's going to happen? The state court will take it over? You know, I don't know that it would. I think that the town would probably argue that the state court can't take it over because there's some type of preclusive effect by the decision that was issued below. All right. Thank you. Thank you, Your Honor. May it please the Court. To pick up where Mr. Costello left off, as the decision stands, it is better for the town as a technical matter. A dismissal based on statute of limitations, they would be precluded. But we raised in the papers the jurisdictional issue and agree with the points that all of you made. The statute of limitations question is a messier issue. And the purely state aspect of the question of the validity of the statute is not so messy. It's a pretty straightforward issue. I'm not saying how it would come out. But it's one that would not be subject to federal jurisdiction by itself in any way. And it's a way of, to be honest, a way of having this case leave the federal courts. I entirely agree. And you actually argued in the district court. You ultimately won on the statute of limitations question. But you did argue in the district court that it should decline supplemental jurisdiction here, right? Yes. That was what we felt was the strongest argument. The statute of limitations, which the court decided on, is a better outcome for our client. You did argue that it wasn't the same set of operative facts. Even though it's a legal question, your position wasn't that it's unrelated to the other claims such that the court, if the factors were present, couldn't exercise supplemental jurisdiction over it, right? That wasn't your argument. It's completely unrelated. This is someone who had a deteriorated porch and was renting a AAE. No, but if you're challenging under federal law the enforcement of Chapter 82, right? Because that's what he was doing, right? He was challenging under federal law the way the town was enforced in Chapter 82 against him, correct? Not exactly. And that's one of the other points that we made. Chapter 82 is a chapter. Someone who's charged with a federal crime can't raise every academic issue related to Title 18 of the U.S. Code. They didn't have a malicious prosecution claim, right? Yes, as to discrete sections within that code for not maintaining the exterior of his property and not having a- I understand that. So if you bring a federal claim for malicious prosecution for particular violations of Chapter 82, it would not be unrelated to challenge whether or not Chapter 82, to begin with, has a problem either under federal law or state law. That would be related, sufficiently related that you could- Depending on what the argument is, yes, it would be related. It's a threshold question. Yes. Right. But here it's a purely state law threshold question. And what would the basis be for exercising discretion? Our position all along is there has not been any- If it gets remanded to state court, he said the town's going to take a position that there's some percussive effect. I don't know how you could, but maybe you could- In- What's your- If it's dismissed on jurisdictional grounds, unless they've amended the CPR very recently, my understanding is they have six months to refile. We would urge them not to because there is absolutely no claim whatsoever here. But- I misspoke. It would be a remand to state court. They would have to refile. They would have to refile, but there is a period within which they would be able to refile and argue that it could relate back to at least the third amended complaint. Or there would be no- They could just file fresh on whatever grounds. There is a registration requirement. He has a rental property. There are claims he could make, just not necessarily these claims, nor would those claims have merit. And the last point that I think in reviewing all the briefs, one, as far as the agreement, the settlement does contemplate that the court might not exercise jurisdiction and specifically spells that out, that they would have a right to go back to state court if the court declined jurisdiction. So it's- Even though we consented, I don't know why anyone consented, but they consented. That's not- It's not preclusive on that grounds. The issue that, rereading the briefs, if the court were to reach the issue of whether this is zoning, it's very much not zoning. Zoning is a particular subcategory of the town's general police powers, and it's under Article 16 of the town law, Sections 261 forward. Zoning very specifically relates to the use of property, the height of the buildings, density. It's a list of specific powers. It is not a general welfare statute, which this is. So this is- All right. The argument, the entire theoretical basis for these arguments is very near frivolous when it gets looked at carefully. All right. Thank you. Mr. Costello, you have two minutes. Thank you, Your Honor. Your Honor, one thing I do want to point out to the court is that there is a very plain error in the R&R, which was adopted, or at least a segment of the R&R was adopted in whole by the district court's order. At one point in the R&R, the court is discussing the statute of limitations that's applicable to Mr. Norton's 239 claim, and it cites a case, the Hampshire case, and it says, oh, Mr. Norton doesn't mention this case, but it stands for the proposition that you don't only have to allege a jurisdictional defect, you have to prove a jurisdictional defect. This court had already said in the very- That court had already said in the very same decision that it was considering this only under a motion to dismiss standard. So it's clear that what happened here is that even on the motion to dismiss, they held Mr. Norton to a summary judgment standard. When it went up on the- for our objections to the R&R, the district court in a one-sentence part of their order said, we adopt the well-reasoned conclusion of the R&R court on the statute of limitations issue. That's the only analysis there was. Your challenge to Chapter 82 is essentially a procedural one, is it not? No, Your Honor. I don't believe it is. You were saying that after it enacted, it didn't get the proper review or approval by the court. That's right. We're saying that the- Why isn't that procedural? It's not procedural because there is ample case law from numerous different departments in New York that say it's not procedural, it's jurisdictional. And that unless a proper referral goes up to the county planning commission, and the county planning commission weighs in, then that local board has no power to act on the proposed amendment. The two claims that are at issue here are whether the challenge provisions are zoning ordinances, and if so, whether proper referral was made to the county planning commission. When the Chapter 82 was enacted, that's the 239M claim. Yes. And the second one is whether the provisions are more restrictive in the uniform code, in which case there has to be approval, state approval. How are those issues related to the prosecution of your client for violating 82? They have to do with whether Chapter 82, the procedures that are necessary for Chapter 82 to be effective, we're complying with. I'm not having anything to do with any prosecution or investigation. They have to do with it, Your Honor, because again, if in fact Chapter 82 is invalid, as we contend it is, then Mr. Norton never would have been able to be prosecuted as he was, and he never would be able to be prosecuted in the future either. That question didn't have to be reached because the judge dismissed it on other grounds. That's correct. On the facts pertaining to the prosecution. That's right. So this question is left open, I think. He didn't do the supplemental questions and then the other way. He did the facts of the prosecution and then later on there was supplemental jurisdiction alleged for these statutory validity claims. And I see a difference between the two in terms of the operative facts. I understand that, Your Honor. And that raises, and I'll just conclude with this, that raises an important issue that I want to put out to the court. These Chapter 82 claims, that it didn't comply with 239, that it didn't comply with 262. These were all raised in a third amended complaint. That third amended complaint was filed at the same time that this stipulation was so ordered by Judge Spad. So everyone knew that these new, I'll call them new claims, regarding Chapter 82 were coming into the case. But Mike, that raises the larger question. Whether the parties are permitted to bring into the case claims that can't be brought into the case. Because supplemental jurisdiction simply can't exist, cannot exist under these circumstances. Well, Your Honor, again, respectfully, I would contend that that's not before this court. And Judge Spad considered that it was appropriate. He exercised his discretion to retain jurisdiction. And going back on that, at this point, Your Honor, just enforces that my client was really sold a bill of goods here. Give up all your financial claims. Give up your federal claims. Sign off on this stipulation. And we'll allow you to go do a declaratory judgment. Let me ask you one technical question, because this was back and forth. Sure. I want to make sure we get this right. My understanding, after the settlement, that there were three state law claims against the town that you were still potentially able to pursue. Judge Walker mentioned, too, the Uniform Code claim, the Section 239M claim, and the 262 claim, right? That's right. There was a 239 claim, the 262 claim, and the Uniform Code claim. All right. Yes. Thank you very much. You agree that there are three claims. There's only two claims. I just want to make sure we get this right. Because the district court denied a motion to dismiss the 262 claim. And that was clearly in the settlement, right? The 262 claim. The 262 argument, it's difficult to discern what the claims were. We took the position that there were two claims. But they were in the settlement, right? In the settlement, yes. We took the position there were two claims. The 262 argument is almost like a reservation of rights the way it reads. And it's not an explanation as to why. 262 is just the general power zone. There's no explanation as to what the claim actually was.  It was in the settlement. And there was a motion to dismiss on it. Yes. Yes. The issue was that you lost. Now you're saying they abandoned it somehow. But it was there, right? The motion to dismiss on the aspect of that, that's a different claim. So the aspect of the 262 claim that was on the motion to dismiss on the first complaint was not the third amending complaint. All right. So that law was cited earlier on. But we didn't know if they had a different claim. And when we briefed it in connection with the motion to dismiss, they never mentioned that. Two of the three arguments they've raised on appeal, they didn't raise in response to the motion to dismiss. All right. Thank you. It deserves a decision. That completes the business of the court. But thanks to the spirit, I ask that you adjourn court. Thank you. Thank you. Have a good day. Court is adjourned.